APPEAL No. 77-42. STATE *v.* GERARD T. OUIMETTE. Motion that this court render an opinion in this case is denied as moot.

Bevilacqua, C. J., not participating. *Peter DiBiase,* for petitioner. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attorney General, for defendant.

July 20, 1977.

